# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00571-CV

**Corgey Custom Homes, LLC, Appellant**

**v.**

**Corey Alan Barnes and Lynsie Rene Barnes, Appellees**

### FROM THE 335TH DISTRICT COURT OF LEE COUNTY
### NO. 18,351, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a final default judgment signed by the trial court on February 27, 2024. Appellant Corgey Custom Homes, LLC and appellees Corey Alan Barnes and Lynsie Rene Barnes have filed a joint motion to vacate the trial court's judgment and remand to the trial court for rendition of a final judgment in accordance with the parties' agreement. Having reviewed the joint motion, the Court agrees that it should be granted. Therefore, the Court grants the parties' joint motion, vacates the trial court's judgment without regard to the merits, and remands this appeal for the trial court to render judgment effectuating the parties' agreement to dismiss the case with prejudice. *See* Tex. R. App. P. 42.1(a)(2)(B). Appellant shall pay the costs of the appeal. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly, and Ellis

Vacated and Remanded on Joint Motion

Filed:   November 14, 2025